1st page

SAMPLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK    x

JOHN SHICOBRA YOUNG,

        Plaintiff

  - against -

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION;
STEWART T. ECKERT;
JACQUELINE LEVITT, MD; BETTY
JO GABEL; ELLENA MARRONE;
LUIS URBAN, DEPUTY SUPERINTENDENT
OF PROGRAMS, WENDE CORRECTIONAL FACILITY;
JOHN GULLO, AUDIOLOGIST; CHRISTOPHER
ZALUSKI; W. ION, TIME MANUAL
COMMUNICATOR, WENDE CORRECTIONAL FACILITY;
Christopher WILKINS, SENIOR OFFENDER REHABILITATION
COORDINATOR;

        Defendants.

Sued in their individual and official capacity.
_____x

* CAN only
sue beginning
Dec 2019
* 3 yrs *

VERIFIED
AMENDED COMPLAINT
PRO-SE

22 CV ( )( )

TRIAL BY JURY
DEMANDED

PRELIMINARY STATEMENT

INDEBY This is a civil right action filed by John Shicobra Young, a deaf incarcerated individual currently in the care custody and control of New York Department of Corrections and Community Supervision ("DOCCS") pursuant to 42 U.S.C

Section(s) 1983, 1985 and 1986 For violations of Title II of the Americans with Disabilities Act, 42 U.S.C. Section(s) 12101-12132 et seq; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. Section 794 (a); New York Human Rights Law, Executive Law Section 290; the 1st, Eighth, and Fourteenth Amendments to the United States Constitution and; Article 1 Section(s) 5 & 11 of the New York State Constitution against DOCCS, Individual defendants Stewart T. Eckert, Betty Jo Gabel Jacquline Levitt, MD, Elvena Mastrone, Christopher Zalaski, Luis Urban, W. Ion, John Gallo, Christopher Wilkens;

For the failure to accommodate a sensorial disability, deliberate indifference to serious medical care, and discrimination.

### JURISDICTION AND VENUE

1. This Court has "federal question" jurisdiction over this matter pursuant to 28 U.S.C. Section

2. This Court has further supplemental jurisdiction over Plaintiff's state tort claims pursuant to 28 U.S.C. Section

3. The Western District is the proper venue for this action pursuant to 28 U.S.C. Section

### TRIAL BY JURY DEMAND

The plaintiff demands a trial by Jury in this action

## PARTIES

5. John Shicobra Young, proceeding pro-se is incarcerated at Wende Correctional Facility, 3040 Wende Road, Alden, New York 14004-1187. In Erie County, N.Y.

6. The Pro-se plaintiff is bilaterally deaf. A fact known to all defendants, employees, contractors and volunteers.

7. Plaintiff's primary language is American Sign Language. ("ASL")

8. Plaintiff has been in the care custody and control of DOCCS continuously since 1986.

FOLD CORNER

CAUSES OF ACTION

COUNT ONE

LAST PAGE OF Complaint

## RELIEF REQUESTED

WHEREFORE, the pro-se plaintiff herein prays for the following relief to be granted by the Court:

a) Punitive Damages;
b) Compensatory Damages;
c) Decalatory Judgement;
d) Injunctive Relief and;
e) Reasonable attorney fees with cost of litigation pursuant to 42 U.S.C. Section ___ and 29 U.S.C. Section 794

And for further equitable relief as the Court deems just and proper.

Dated: 1-29, 2023
Alden, NY

Respectfully Submitted,

John Shicobra Young
86-A-
Plaintiff Pro-se
Wende Correctional Facility
3040 Wende Road
Alden, NY 14004-1187
(716) 937-4000

## VERIFICATION

22 CV ____  WDNY

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

—being first duly sworn the 2nd day of Feb 2023 severally do depose say

I John Shicobra Young, I am the Pro-se Plaintiff in the foregoing action.

That I have full knowledge of the foregoing Verified Complaint of <u>Young v. NYS Dep't Corr Srvcs and Superv</u>, et al, I believe the allegations to be true and as to those stated upon information and belief, deponent believes them to be true to the best of his knowledge.

Dated: 1-29, 2023          Respectfully submitted,
Alden, N.Y.

                           John Shicobra Young
                           86A2673
                           Plaintiff Pro-se
                           Wende Correctional Facility
                           3040 Wende Rd
                           Alden, N.Y. 14004-1187
                           (716) 937-4000

Sworn to before me
this 29 day of January, 2023

_[signature]_
NOTARY PUBLIC

Benjamin A. Wilson
Notary Public, State of New York
Reg. No. 01WI6298376
Qualified in Erie County
Commission Expires 3/10/2026

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Sheldon Young   DIN: 96A2673

22CV6555



LEGAL MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF N.Y.
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

USDC - WDNY
FEB 01 2023
BUFFALO

NEOPOST
01/30/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 14004
041M11281621